UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JAMES CODY MCMAHON #709622** | **CASE NO. 3:23-CV-00779 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN CAMPBELL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, together with the Objection [Doc. No. 25] filed by Plaintiff James Cody McMahon ("Plaintiff"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Motion for Summary Judgment [Doc. No. 10] is **DENIED**, the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

In Chambers, at Monroe, Louisiana, on this 8th day of March, 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE